**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**LEROY WILLIAMS,**

        **Petitioner,**

**v.**                                 **CASE NO.  4:13-cv-271-MW/CAS**

**STATE OF FLORIDA,**

        **Respondent.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**<u>RECOMMENDATION</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No.7, filed July 10, 2013.  Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.  The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for failure to comply with an order of this Court or to prosecute this case, pursuant to Rule 41(b), Federal Rules of Civil Procedure."  The Court shall close the file.

**SO ORDERED on August 1, 2013.**

                        **<u>s/Mark E. Walker</u>**
                        **United States District Judge**